UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br><br>        Plaintiff,<br><br>-against-<br><br>MADISON AVENUE BAPTIST CHURCH, et al.,<br><br>        Defendants. | 24-CV-5118 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court's Order of July 8, 2024 required the parties to file a joint letter by 45 days after service of the summons and complaint. ECF No. 9. The summons and complaint were served on Madison Avenue Baptist Church on July 12, 2024 and on EAHG Nomad, LLC and EAHG Nomad 2, LLC on July 17, 2024. ECF Nos. 10, 11. As such, the joint letter with Madison Avenue Baptist Church was due August 26, 2024 and the joint letter with EAHG Nomad, LLC and EAHG Nomad 2, LLC was due August 31, 2024. The parties failed to timely submit the joint letter. IT IS HEREBY ORDERED that the parties file the joint letter as soon as possible and no later than **September 10, 2024**.

  Additionally, EAHG Nomad, LLC was required to answer, move, or otherwise respond to the Complaint by August 7, 2024. In light of the fact that EAHG Nomad, LLC has not answered, IT IS HEREBY ORDERED that EAHG Nomad, LLC show cause, in writing and filed on ECF, why its failure to answer should be excused. If the Court does not receive any such communication by **September 13, 2024**, the Court will consider Plaintiff's

Complaint to be unopposed as to EAHG Nomad, LLC, and Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55.

Dated: September 6, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge