UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SWARTZ,

                    Plaintiff,

          -against-

MADISON AVENUE BAPTIST CHURCH, et al.,

                    Defendants.

24-CV-5118 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On December 2, 2024, the parties filed a proposed stipulation and order of dismissal with prejudice (the "Stipulation") of all claims against the Defendants, and further stated that "the Court shall retain jurisdiction" to enforce the parties' settlement to the extent it becomes necessary. ECF No. 34. However, by order dated October 4, 2024, this Court ordered the above-captioned action be dismissed and discontinued in light of the parties' letter (ECF No. 32) advising the Court a settlement in principle had been reached. ECF No. 33. That order expressly advised the parties that the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. *Id.* No settlement agreement has been filed to date.

In addition, the parties were given 30 days from the entry of the order—i.e., until November 3, 2024—to indicate their desire for the Court to retain jurisdiction. The Stipulation's request in this respect is therefore untimely.

In light of the foregoing, the Court will not enter the Stipulation. This case remains CLOSED.

Dated: December 11, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge